# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MIGUEL CHRISTIAN THERIOT

NO. 2021 KW 0191

**APRIL 22, 2021**

---

In Re:     Miguel Christian Theriot, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 666893.

---

**BEFORE:     WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

    **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the bill of information, the habitual offender bill of information, the commitment order, all pertinent minute entries and/or transcripts, and any other documentation that might support his claim. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before June 8, 2021. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT